**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: February 14, 2024.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-51346-mmp |
| | ) | |
| DRJ GROUP, INC. | ) | CHAPTER 11 |
| | ) | |
| DEBTOR | ) | |

**AGREED MOTION TO RESET CONFIRMATION HEARING AND DEADLINES
ON DEBTOR'S PLAN OF REORGANIZATION**

On this day the Court considered the Unopposed Motion to reset Confirmation Hearing and deadlines.

Good cause having been shown, it is ORDERED ADJUDGED AND DECREED that the Motion should be and is hereby,

GRANTED. Accordingly, it is,

ORDERED, that the Confirmation Hearing is reset to March 27, 2024 @9:30am in Courtroom #1, 3rd Floor, San Antonio, Texas. Last day to file Objections March 20, 2024: Ballots dues by March 20, 2024: Ballot Summary due by March 25, 2024. Mr. Greer must send out the Plan Packet no later than February 23, 2024.

###

Order submitted by:
Dean W. Greer
2929 Mossrock Ste. 204
San Antonio, TX 78230
Attorney for Debtor